184 So. 909

### STATE ex rel. A. A. CARMICHAEL, Atty. Gen., v. Baynard L. (alias B. L.) MALONE, as Judge of Probate of Morgan County.

#### 8 Div. 868.

Supreme Court of Alabama.

Oct. 24, 1938.

A. A. Carmichael, Atty. Gen., and Thos. S. Lawson and Silas C. Garrett, III., Asst. Attys. Gen., for the State.

Peach & Caddell and Ben L. Britnell, all of Decatur, and Marion Rushton, of Montgomery, for defendant.

PER CURIAM.

We find the defendant guilty of impeachable conduct and order his removal from the office of Probate Judge of Morgan County.

All the Justices concur.